SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Richard Lee Worthington, Individually and d/b/a HONEST ENGINE OF FULTON AVE.; Northern California Honest Engine, Inc.; Honest Engine Automotive Corporation; Alfred L. Price, III, Individually and d/b/a Honest Engine of North Sacramento; David L. Bess; Brenda L. Bess,<br><br>　　　　　Defendants | Case No.: CIV.S 07-cv-02016-LKK-JFM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF NORTHERN CALIFORNIA HONEST ENGINE, INC. AND ORDER**<br><br>Complaint Filed: SEPTEMBER 26, 2007<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

　　　Plaintiff, Scott N. Johnson, hereby requests that Defendant (Northern California Honest Engine, Inc.) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

1  This case is to remain open with remaining Defendants.  Defendant (Northern California Honest
2  Engine, Inc.) is dismissed because Defendant is not a proper party to the public accommodation
3  named in Plaintiff's Complaint.
4
5
6  Dated: November 6, 2007				/s/Scott N. Johnson_____
7						SCOTT N. JOHNSON
						Plaintiff, In Pro Per
8
9
10 **IT IS SO ORDERED**.
11
12 Dated:  November 8, 2007.
13
14						_____
15						LAWRENCE K. KARLTON
						SENIOR JUDGE
16						UNITED STATES DISTRICT COURT
17
18
19
20
21
22
23
24
25
26
27
28

2

PLAINTIFF'S STIPULATED DISMISSAL and ORDER
						CIV: S-07-02016-LKK-JFM